People v Reid (2022 NY Slip Op 50954(U))

[*1]

People v Reid (Joseph)

2022 NY Slip Op 50954(U) [76 Misc 3d 136(A)]

Decided on September 30, 2022

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on September 30, 2022
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Brigantti, J.P., Tisch, Michael, JJ.

570791/18
The People of
the State of New York, Respondent, 
against
Joseph Reid, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (Joanne B. Watters, J.), rendered September 5, 2018, convicting him, upon a plea
of guilty, of driving while intoxicated and unlicensed driving, and sentencing him, inter alia, to a
fine of $875.

Per Curiam.
Judgment of conviction (Joanne B. Watters, J.), rendered September 5, 2018, affirmed.
We are unpersuaded that the bargained-for sentence imposed upon defendant's conviction for
driving while intoxicated (see Vehicle and Traffic Law § 1192[3]) and unlicensed
driving (see Vehicle and Traffic Law § 509[1]), including the payment of a $875
fine, was unduly harsh or severe, and find no extraordinary circumstances warranting a reduction
of the sentence in the interest of justice (see People v Fair, 33 AD3d 558 [2006], lv
denied 8 NY3d 945 [2007]). Defendant was sentenced in accordance with his negotiated plea
and should not now "be heard to complain that he received what he bargained for" (id.,
quoting People v Chambers, 123 AD2d 270 [1986]). Although defendant now claims that
he is indigent, he never sought relief from the fine by way of a CPL 420.10(5) motion for
re-sentencing (see People v Toledo, 101 AD3d 571 [2012], lv denied 21 NY3d
947 [2013]).
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court
Decision Date: September 30, 2022